UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY MCHUGH                                                                                          PLAINTIFF

V.                                    4:15CV00355 KGB/JTR

DUSTIN MELTON, Deputy,
Pulaski County Sheriff's Department, et al.                                    DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received in the office of the United States District Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

Plaintiff, Timothy McHugh, has filed this *pro se* § 1983 action alleging that, while he was a prisoner in the Pulaski County Detention Facility, Defendants failed to protect him from being attacked by another inmate. *Docs. 2 & 7.*

On April 1, 2016, Defendants filed a Motion for Summary Judgment arguing that they are entitled to judgment, as a matter of law, on the merits of Plaintiff's claim. *Docs. 27, 28, & 29.* On May 10, 2016, the Court entered an Order directing Plaintiff to file a Response to that Motion. *Doc. 30.* Importantly, the Court warned Plaintiff that if he did not do so by June 8, 2016, this case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.*

As of the date of this Recommendation, Plaintiff has not filed his Response, and the time for doing so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.   This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2.   Defendants' Motion for Summary Judgment *(Doc. 27)* be DENIED, AS MOOT, and without prejudice to being renewed if Plaintiff later chooses to reassert his failure to protect claim.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 14th day of June, 2016.

*J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE