**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY MCHUGH**                                                                                    **PLAINTIFF**

**v.**                            **Case No.  4:15-cv-355-KGB/JTR**

**DUSTIN MELTON, Deputy,**
**Pulaski County Sheriff's Department**, *et al*.                                              **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 31).  No objections to the Recommended Disposition have been filed, and the time for filing objections has passed.  After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects.  Plaintiff Timothy McHugh's complaint is dismissed without prejudice.  The relief requested is denied.  All pending motions are denied as moot.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 30th day of November, 2016.

_____
Kristine G. Baker
United States District Judge